AMERICAN SOCIAL
JUSTICE MOVEMENT Law Center
Willard Bakeman, Attorney at Law
515 S. Euclid Street
Anaheim, CA 92802
(714)535-2245

Attorney for Plaintiff

FILED
13 NOV 26 PM 2: 14
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLARD BAKEMAN ) <br> ) <br> Plaintiffs ) <br> vs.. ) <br> ) <br> SALLIE MAE SERVICING ) <br> CORPORATION, , DOES 1-10 ) <br> ) <br> Defendants ) <br> ) | Case No. **'13 CV 2807 JLS WMc** <br><br> **Complaint for Injunction, Damages, Declaratory Relief** |

Plaintiff, Willard Bakeman, alleges as follows:

### FIRST CAUSE OF ACTION

(for damages and attorney's fees, for violation of Fair Claims Reporting Act; by plaintiff against Sallie Mae Servicing Corporation, Does 1-10)

1.  At all times herein mentioned, plaintiff and was a resident of San Diego County, California.

2. Defendant, Sallie Mae Servicing Corporation ("Sallie Mae"), is a Delaware corporation, licensed to do business and doing business in San Diego County, California, and in the business of originating, servicing, and collecting student loans.

3. The true names and capacities, whether individual, corporate, associate, or otherwise, of the defendants herein named as DOE are unknown to plaintiffs at this time and plaintiffs therefore sue said defendants by such fictitious names. Leave of court will be sought to amend this complaint to show the true names and capacities of said defendants when the same has been ascertained. Plaintiffs allege that each defendant named as DOE is responsible in some manner for the injuries sustained by plaintiffs as alleged in this complaint.

4. At all times herein mentioned, each and every defendant was an agent and employee of each and every other defendant, and was acting within the course and scope of such agency and employment.

5. Plaintiff obtained certain student loans that were serviced by defendant Sallie Mae Servicing Corporation.

6. Defendant, for its own convenience, consolidated four loans into a single monthly payment that plaintiff owed.

7. In approximately June, 2011, plaintiff failed to make one payment by the due date.

8. Defendant Sallie Mae Servicing Corporation wrongfully reported to credit reporting services, whose function it is to report creditworthiness of individuals (i.e., the plaintiff's credit reports), that the plaintiff had paid late four times to Sallie Mae.

9. The report made by Defendant Sallie Mae Servicing Corporation was false and misleading and also violated the Fair Credit Reporting Act, in that the Fair Credit Reporting Act is designed to give potential creditors a fair appraisal of a person' creditworthiness. A potential creditor who read the aforesaid Sallie Mae report would be informed and form the conclusion that the plaintiff had made four late payments, whereas in fact he had been late only time.

10. As a result of the wrongful actions of defendants, plaintiff has been denied credit, has lost business opportunities, and has suffered other financial damage, all to his actual damages, for which he seeks compensation according to proof.

11. As a further proximate result of the actions of defendants, plaintiff has been forced to expend money for costs of suit and for attorneys for which he seeks compensation.

## SECOND CAUSE OF ACTION

(for declaratory relief, by plaintiff against Sallie Mae Servicing Corporation, Does 1-10)

12. Plaintiff reincorporates and re-alleges as though fully set forth herein each and every allegation of the preceding causes of action.

13. An actual controversy exists between plaintiffs and defendants concerning their respective rights and duties pertaining to plaintiff's rights under the Fair Credit Reporting Act and the defendants' practices.

14. Plaintiffs seek a judicial determination and declaration of plaintiffs and defendants respective rights and duties; specifically, plaintiff seeks a declaration of the following:

1) That the defendant is justified only in reporting one late charge, not four.

Such a declaration is appropriate at this time so that plaintiff can comply with federal law, avoid penalties, and obtain coverage.

## THIRD CAUSE OF ACTION

(for Injunction; by plaintiff against defendants
Sallie Mae Servicing Corporation, Does 1-10)

18. Plaintiffs reincorporate and re-allege, as though fully set forth herein, each and every paragraph of the preceding causes of action.

19. Defendant Salle Mae Servicing Corporation and Does 1-10, have damaged, and continue to damage, plaintiff's credit, and prevent him from obtaining credit, or making purchases, all to plaintiff's irreparable harm.

20. The practice of Sallie Mae of consolidating various loans into a single payment and representing a single late payment as multiple late payments, as well as utilizing that practice against plaintiff, should be enjoined be because of the reasons stated in the preceding causes of action. Plaintiff has no other plain, speedy, remedy at law and the injunctive relief prayed for is necessary and appropriate to prevent irreparable loss to plaintiffs.

## PRAYER

WHEREFORE, Plaintiff prays for judgment against defendants, and each of them, as follows:

1. For declaratory relief.

2. For a permanent injunction against defendants.

3. For actual damages, to be shown according to proof.

4. For attorney's fees.

5. For general damages according to proof.

6. For costs of suit herein.

7. For such other and further relief as the Court may deem appropriate.

_____   Dated: Nov. 25, 2013
American Social Justice Movement Law Center,
By: Willard Bakeman, attorney for plaintiff