Debbie P. Kirkpatrick, Esq. (SBN 207112)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA 92108-3426
Tel:   619/758-1891
Fax:   619/296-2013
dkirkpatrick@sessions-law.biz

Attorneys for Navient Solutions, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| WILLARD BAKEMAN | Case No. 13-CV-02807 JLS JLB |
|---|---|
| Plaintiff, | JOINT MOTION TO DISMISS |
| vs. | |
| NAVIENT SOLUTIONS, INC., f/k/a SALLIE MAE, INC., COMPANY, DOES 1-10 | |
| Defendants. | |

Plaintiff, Willard Bakeman, and Defendant Navient Solutions, Inc. f/k/a Sallie Mae, Inc., by and through undersigned counsel, hereby jointly move the Court to dismiss the above-captioned action in its entirety with prejudice.

///

///

///

| | |
|---|---|
| Dated: 11/11/14 | AMERICAN SOCIAL JUSTICE MOVEMENT |
| | */s/Willard Bakeman*<br>Willard Bakeman<br>Plaintiff |
| Dated: 11/11/14 | SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P. |
| | */s/Debbie P. Kirkpatrick*<br>Debbie P. Kirkpatrick<br>Attorneys for Defendant<br>Navient Solutions, Inc. |

## **SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Willard Bakeman, Plaintiff, and that I have obtained Mr. Bakeman's approval of his electronic signature to this document.

| | |
|---|---|
| Dated: 11/11/14 | SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P. |
| | */s/Debbie P. Kirkpatrick*<br>Debbie P. Kirkpatrick<br>Attorneys for Defendant<br>Navient Solutions, Inc. |