# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLARD BAKEMAN,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>NAVIENT SOLUTIONS, INC., f/k/a SALLIE MAE, INC., COMPANY, DIES 1-10,<br><br>　　　　　　Defendants. | Case No. 13-CV-2807 JLS (JLB)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>(ECF No. 42) |

　　　Presently before the Court is the Parties' Joint Motion to Dismiss. (ECF No. 42.) Good cause appearing, the Court **GRANTS** the Joint Motion. The Court hereby **DISMISSES WITH PREJUDICE** all claims, defenses, and counterclaims asserted in this action. The Clerk of the Court shall close the file.

　　　**IT IS SO ORDERED**.

DATED: November 19, 2014

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Honorable Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　United States District Judge